MINNEAPOLIS MILL COMPANY *vs.* MINNEAPOLIS & ST. LOUIS RAILWAY COMPANY.

*June 11, 1891.*

**Common-Law Dedication to Railway Company.**—A railroad corporation cannot take title to lands through a common-law dedication to public use. Following *Watson* v. *Chicago, Mil. & St. Paul Ry. Co.*, *supra*, p. 321.

Appeal by plaintiff from an order of the district court for Hennepin county, *Lochren*, J., presiding, refusing a new trial after judgment ordered for defendant.

*Flannery & Cooke* and *Jackson & Atwater*, for appellant.

*Albert E. Clarke* and *W. F. Booth*, for respondent.

GILFILLAN, C. J. · So far as the defendant relies for a defence upon dedication of the real estate to public use, and the right of plaintiff to bring ejectment, the questions are disposed of by the opinion in *Watson* v. *Chicago, Mil. & St. Paul Ry. Co.*, *supra*, p. 321.

Order reversed.

NOTE. A motion for reargument of this case was denied July 1, 1891.